FILED

2008 Jul-22  AM 09:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **RITCHIE MICHAEL BOLDIN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CV 08-S-411-NE** |
| | ) | |
| **WESTERN EXPRESS,** | ) | |
| | ) | |
| **Defendant** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 29, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed

---

[1] A copy of the Report and Recommendation, mailed to plaintiff at his last known address, was returned to the court with the notation "return to sender, not deliverable as addressed, unable to forward."  To date, plaintiff has failed to notify the court of his current address.

for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C.

§ 1915A(b).  A Final Judgment will be entered.

DONE this 22nd day of July, 2008.

_____
United States District Judge